LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com

*Attorneys for Defendant Brock & Scott, PLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AZIZA EXOM, an individual,<br><br>Plaintiff,<br>vs.<br><br>BROCK & SCOTT, PLLC, a foreign professional limit-liability company,<br><br>Defendant. | Case No: 2:24-cv-00773-APG-EJY<br><br>**JOINT UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT BROCK & SCOTT TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, Defendant Brock & Scott, PLLC and Plaintiff Aziza Exom, by and through their respective counsel, request that the Court grant their Joint Unopposed Motion to Extend the Time for Defendant to answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, the parties stipulate as follows:

1. The Complaint was served on Defendant on May 3, 2024.

2. Defendant's current deadline to respond to the Complaint is June 17, 2024.

3. The parties met and conferred about the extension of time to respond to the Complaint and agreed that Defendant's deadline to respond to the Complaint shall be extended to June 28, 2024 to allow the parties to discuss a possible early resolution of the claims.

4. There have been no prior extensions of Defendant's deadline to respond to the Complaint.

5. Accordingly, the parties respectfully and jointly request that the Court extend the deadline for Defendant to answer or otherwise respond to the Complaint to June 28, 2024.

IT IS SO STIPULATED.

Dated this 17th day of June, 2024.

| LIPSON NEILSON P.C. | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| *[signature]* | */s/ Kevin L. Hernandez* |
| JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>jgarin@lipsonneilson.com | Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, NV 89147<br>kevin@kevinhernandezlaw.com |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: June 17, 2024