Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AZIZA EXOM, an individual;<br><br>Plaintiff;<br><br>v.<br><br>BROCK & SCOTT, PLLC, a foreign professional limited-liability company;<br><br>Defendant. | Case No.: 2:24-cv-00773-APG-EJY<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**[First Request]** |

Plaintiff, Aziza Exom ("Plaintiff"), and Defendant, Brock & Scott, PLLC ("Brock & Scott") have agreed to extend the time for Plaintiff to file a Response to Brock & Scott's Motion to Dismiss Plaintiff's Complaint [ECF No. 8] ("Motion to Dismiss") to **August 2, 2024.** Brock & Scott filed its Motion to Dismiss on July 1, 2024, and the current response deadline is July 12, 2024.

The parties request this extension to permit Plaintiff sufficient time to prepare a response and to allow the parties to discuss possible resolution of this matter. The extension will allow the parties to further explore settlement options without expending unnecessary attorneys' fees and costs.

///

///

///

///

This is the first request for an extension to respond to Brock & Scott's Motion to Dismiss and this request is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Date: July 8, 2024

| **LAW OFFICE OF KEVIN L. HERNANDEZ** | **LIPSON NEILSON P.C.** |
|---|---|
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, NV 89147<br>kevin@kevinhernandezlaw.com | */s/ Joseph P. Garin*<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>jgarin@lipsonneilson.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED**:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: July 9, 2024