LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com

*Attorneys for Defendant Brock & Scott, PLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AZIZA EXOM, an individual,<br><br>            Plaintiff,<br>   vs.<br><br>BROCK & SCOTT, PLLC, a foreign professional limited-liability company,<br><br>            Defendant. | Case No: 2:24-cv-00773-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND WRITTEN DISCOVERY DEADLINES**<br>**(FIRST REQUEST)** |

The parties hereby stipulate and agree to permit Defendant additional time to respond to Plaintiff's written jurisdictional discovery. This stipulation is supported by good cause explained below and permitted by FRCP 29, FRCP 33, LR 26-3, and LR IA 6-1.

**I.      Introduction**

This case commenced on April 23, 2024, with Plaintiff's Complaint. ECF 1. Defendant filed a Motion to Dismiss on June 28, 2024. ECF 8. Plaintiff filed her opposition on August 2, 2024. ECF 11. Defendant filed a Reply in Support of its Motion to Dismiss on August 8, 2024. ECF 12. The Motion to Dismiss is still pending as of today before Judge Andrew Gordon.

Defendant filed a Motion to Stay Discovery on August 20, 2024. ECF 14. Plaintiff filed a response to the Motion to Stay Discovery on August 30, 2024. ECF 15. Defendant filed a Reply in Support of its Motion to Stay Discovery on September 6, 2024. ECF 16.

On October 2, 2024, this Court issued an Order Granting in Part and Denying in Part Defendant's Motion to Stay Discovery. ECF 17. This Court's Order permits Plaintiff to conduct discovery solely related to the question of whether personal jurisdiction over Defendant is proper for a period of 60 days from the date of the Order Granting in Part and Denying in Part Defendant's Motion to Stay Discovery. This 60-day period is presently set to end on December 2, 2024.

Plaintiff served Interrogatories and Requests for Production on Defendant on October 4, 2024, and Defendant's responses were due on November 4, 2024. The parties have agreed to allow Defendant a 10-day extension for responses to written discovery to November 14, 2024.

**II.　Good Cause Exists to Support this Stipulation.**

Attorney Damon Ellis, Esq., acts in a general counsel role for Defendant and he is the individual responsible for collecting information and assisting in providing Defendant's responses to Plaintiff's written discovery.  Mr. Ellis works and resides in the Tampa Bay, Florida region, which was recently impacted by both Hurricane Helene and Hurricane Milton. These storms caused Mr. Ellis' office to be evacuated because of the proximity to a flood zone. The building was closed and without power from October 7, 2024, to October 16, 2024.  During this time, Mr. Ellis had no ability to review records or gather information necessary to respond to the written discovery. For these reasons, the parties have agreed that Defendant's responses to the written discovery will be due on or before November 14, 2024.

**III.　Proposed Discovery Deadlines**

Based on the agreement of the parties, the following proposed deadlines are requested:

Defendants' responses to Plaintiff's written discovery:　　November 14, 2024

**IV.　Conclusion**

Based on the foregoing, the parties respectfully request that this Court issue an Order extending the time for Defendants to respond to Plaintiff's written discovery.

IT IS SO STIPULATED.

Dated this 6th day of November, 2024.

| LAW OFFICE OF KEVIN HERNANDEZ | LIPSON NEILSON P.C. |
|---|---|
| /s/ Kevin L. Hernandez | [signature] |
| _____ | _____ |
| Kevin L. Hernandez, Esq. | Joseph P. Garin, Esq. |
| NV Bar No. 12594 | NV Bar No. 6653 |
| 8920 W. Tropicana Ave., Ste 101 | 9900 Covington Cross Dr., Ste. 120 |
| Las Vegas, NV 89147 | Las Vegas, NV 89144 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: November 6, 2024

Submitted by:

LIPSON NEILSON P.C.

[signature]
_____
Joseph P. Garin, Esq.
NV Bar No. 6653
*Attorneys for Defendant*

Page 3 of 3