Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AZIZA EXOM, an individual;<br><br>Plaintiff;<br><br>v.<br><br>BROCK & SCOTT, PLLC, a foreign professional limited-liability company;<br><br>Defendant. | Case No.: 2:24-cv-00773-APG-EJY<br><br>**JOINT REQUEST AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO CORRECT ORDER UNDER FRCP 60(a)**<br><br>**[First Request]** |

Plaintiff, Aziza Exom ("Plaintiff"), and Defendant, Brock & Scott, PLLC ("Brock & Scott") have agreed to extend the time for Plaintiff to file a Response to Brock & Scott's Motion to Correct Order Under FRCP 60(a) [ECF No. 27] ("Motion to Correct") to **February 21, 2025.** Brock & Scott filed its Motion to Correct on January 24, 2025, and the current response deadline is February 7, 2025.

The parties request this extension to further evaluate their respective positions and determine the necessity of further briefing. The extension will allow the parties additional time to confer with their clients and possibly resolve the pending motion, without further briefing or the necessity of expending unnecessary attorneys' fees and costs.

///

///

///

1  This is the first request for an extension to respond to Brock & Scott's Motion to Correct
2 and this request is made in good faith and not for the purpose of delay.
3  IT IS SO STIPULATED.
4  Date: February 7, 2025

| **LAW OFFICE OF KEVIN L. HERNANDEZ** | **LIPSON NEILSON P.C.** |
|---|---|
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, NV 89147<br>kevin@kevinhernandezlaw.com | */s/ Joseph P. Garin*<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>jgarin@lipsonneilson.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 7, 2025