1  GARIN LAW GROUP
   JOSEPH P. GARIN, ESQ.
2  Nevada Bar No. 6653
3  9900 Covington Cross Drive, Suite 210
   Las Vegas, Nevada 89144
4  Phone: (702) 382-1500
   Fax: (702) 382-1512
5  jgarin@garinlawgroup.com

6  *Attorneys for Defendant Brock & Scott, PLLC*

7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10
   AZIZA EXOM, an individual,                    Case No:  2:24-cv-00773-APG-EJY
11
                         Plaintiff,
12      vs.                                       **STIPULATION AND ORDER FOR
                                                  DISMISSAL WITH PREJUDICE**
13
   BROCK & SCOTT, PLLC, a foreign
14 professional limited-liability company,

15                       Defendant.

16
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

*GARIN LAW GROUP*
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff, Aziza Exom, and Defendant, Brock & Scott, PLLC, by and through their respective undersigned counsel, that all claims in the above-captioned matter be dismissed with prejudice, with each party to bear their own fees and costs.

DATED this 31st day of July, 2025.

| LAW OFFICE OF KEVIN L. HERNANDEZ | GARIN LAW GROUP |
|---|---|
| /s/ Kevin L. Hernandez | |
| _____ | _____ |
| KEVIN L. HERNANDEZ, ESQ. | JOSEPH P. GARIN, ESQ. |
| Nevada Bar No. 12594 | Nevada Bar No. 6653 |
| 8920 W. Tropicana Avenue, Suite 101 | 9900 Covington Cross Drive, Suite 210 |
| Las Vegas, Nevada 89147 | Las Vegas, Nevada 89144 |
| kevin@kevinhernandezlaw.com | jgarin@garinlawgroup.com |
| Attorney for Plaintiff | Attorneys for Defendant Brock & Scott, PLLC |

IT IS SO ORDERED.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 1, 2025

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512